IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CESAR MOSS, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:10-cv-766-MEF |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, et al., | )      (WO) |
| | ) |
|    DEFENDANTS. | ) |

## **ORDER**

It is hereby ORDERED that all claims against Bruce Vermilyer are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 4(m).

DONE this 15th day of June, 2011.

                                                    /s/ Mark E. Fuller
                                           UNITED STATES DISTRICT JUDGE