IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CESAR MOSS, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:10cv-766-MEF |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS; et al., | )     (WO-Do Not Publish) |
| | ) |
|     DEFENDANTS. | ) |

**ORDER**

On July 27, 2011, the Court entered an Order (Doc. # 44) which set the time of the final pretrial conference for this case. This Order also provided that:

> The parties are DIRECTED to JOINTLY prepare a proposed pretrial order in accordance with the attached outline. Plaintiff is DIRECTED to e:mail the proposed pretrial order to *propord_fuller@almd.uscourts.gov* in Word or WordPerfect format, **to be received no later than *three* business days prior to the pretrial hearing.**

(Doc. # 44; emphasis in original). The pretrial hearing is set on Thursday, August 18, 2011 at 11:00 a.m. Accordingly, counsel for Plaintiff was required to email the proposed pretrial order by no later than August 15, 2011. The proposed pretrial order was not been timely provided to the Court as required. Instead, on August 16, 2011, counsel for Plaintiff sent a pdf version of the document to the Court. Counsel for Plaintiff has a demonstrated problem with complying with scheduling orders in this case. The Court reminds counsel for Plaintiff that this Court has the authority to punish attorneys appearing before it for a pattern of failure to comply with its Orders. Plaintiff shall submit the proposed pretrial order in the proper format and by the proper means immediately.

Done this the 16th day of August, 2011.

                                              /s/ Mark E. Fuller
                                   UNITED STATES DISTRICT JUDGE