IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CESAR MOSS, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO. 2:10cv-766-MEF |
| | ) |
| STATE OF ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS; et al., | )   (WO-Do Not Publish) |
| | ) |
|     DEFENDANTS. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Defendants and against Plaintiff Cesar Moss, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED in favor of Defendants and against Plaintiff Cesar Moss, for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this 2nd day of September, 2011.

                                            /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE